JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Travelers Indemnity Company of Connecticut et al<br><br>Plaintiff,<br><br>v.<br><br>K. Hovnanian Companies of California, Inc. et al<br><br>Defendants. | Case No.  CV 18-00016-AB (GJSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated:   June 6, 2018

Honorable André Birotte, Jr.
United States District Judge

1.